IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUDY GRANT KIRBY,

    Petitioner,        No. CIV S-11-0962 KJM DAD P

    vs.

GREG LEWIS, Warden,

    Respondent.        ORDER

                              /

        Respondent has requested an extension of time to file a responsive pleading in this matter pursuant to the court's order of April 21, 2011. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's motion for an extension of time (Doc. No. 11) is granted; and

        2. Respondent shall file a responsive pleading in this matter on or before July 20, 2011.

DATED: June 16, 2011.

                                                      /s/ Dale A. Drozd  
                                                      DALE A. DROZD  
DAD:9                                             UNITED STATES MAGISTRATE JUDGE  
kirb0962.111rp